### JAMES SPRUILL v. W. S. BONNER.

(Filed 9 March, 1921.)

**Appeal and Error—Evidence—Verdict.**

Verdicts rendered solely upon conflicting evidence as to the facts will not be disturbed on appeal.

APPEAL by plaintiff from *Bond, J.,* at October Term, 1920, of PAMLICO.

Civil action to recover the price of a carload of Irish potatoes. Verdict and judgment in favor of the defendant. Plaintiff appealed.

*D. L. Ward and Z. V. Rawls for plaintiff.*
*F. C. Brinson and Ward & Ward for defendant.*

PER CURIAM. This was a controversy over an alleged sale of 177 barrels of Irish potatoes. Upon issue joined, the jury found that the potatoes in question were not purchased by the defendant, W. S. Bonner, but that plaintiff sold the same to one M. P. McCann. This was a question of fact which the jury has answered in favor of the defendant.

We have carefully examined the record and find no sufficient reason for disturbing the verdict and judgment.

No error.